# United States District Court
## For The Western District of North Carolina
### Statesville Division

DANNY LYNN SNIDER,

        Plaintiff(s),                JUDGMENT IN A CIVIL CASE

vs.                                CASE NO. 5:06CV61-1-MU

RICK JACKSON,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court by petition and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 18, 2006, Order.

FRANK G. JOHNS, CLERK

May 18, 2006

BY: _Carolyn B. Bouchard_

Carolyn Bouchard, Deputy Clerk