# United States District Court
# For The Western District of North Carolina
# Statesville Division

DANNY LYNN SNIDER,

    Plaintiff(s),

vs.

RICK JACKSON,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NO. 5:06CV61-1-MU

DECISION BY COURT. This action having come before the Court by petition and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 18, 2006, Order.

May 18, 2006

FRANK G. JOHNS, CLERK

BY: *Carolyn B. Bouchard*
Carolyn Bouchard, Deputy Clerk